UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
         against
   AHMAD AWADALLAH

(Alias)    AL


                Please PRINT Clearly
```

1:08-cr-00215-WHP-1
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

# NOTICE OF APPEARANCE

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

AM APPEARING IN THIS ACTION AS  (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 12  YR. 1964

DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE  New York  STATE COURT. PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
March 24, 2008

SIGNATURE
PRINT THE FOLLOWING INFORMATION CLEARLY

MURRAY RICHMAN, ESQ.
Attorney for Defendant

LAW OFFICES OF MURRAY RICHMAN
Firm name if any

2027 Williamsbridge Road
Street address

Bronx     New York     10461
City      State        Zip

718-892-8588
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR FORM REV. 0186