

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 24, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

**BY FACSIMILE**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
Suite 2210
New York, New York 10007

MEMO ENDORSED

    Re:    ***United States of America v. Ahmad Awadallah,***
           **08 Cr. 215 (WHP)**

Dear Judge Pauley,

        As requested, the Government respectfully writes to confirm that the initial pretrial conference for the above-captioned matter is now set for April 25, 2008, at 2:15 p.m.

        The Government requests that time be excluded for the purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161, until April 25, 2008. The Government will use this time to prepare and produce discovery and conduct plea discussions with the defense. The Government has obtained the consent of Awadallah's counsel to this request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney
        Southern District of New York

By: _____
Telemachus P. Kasulis
Assistant United States Attorney
(212) 637-2411

cc: Murray Richman, Esq. (by facsimile)

APPLICATION GRANTED IN THE INTERESTS
SO ORDERED: OF JUSTICE.

_____
WILLIAM H. PAULEY III U.S.D.J.
3/25/08