LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal



MEMO ENDORSED

April 24, 2008

Via Facsimile: (212) 805-6390

Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007



RECEIVED
APR 2 4 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Re: **United States v. Ahmad Awadallah**
08 Cr. 215 (WHP)

Dear Judge Pauley:

I am unable to appear before this Court on Friday, April 25, 2008, in the above matter. I will be actually engaged on trial in the matter of the *United States of America v. Kenroy Gladden*, Ind. # S1 07 Cr. 1229 (JSR), before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York. Please be advised that Judge Rakoff commences trial promptly at 9:00 A.M.

The length of the trial, and other scheduling, causes me to respectfully request an adjournment until May 9, 2008, at 10:00 A.M.

I have communicated with AUSA Telemachus P. Kasulis, and he has indicated no objection to this request.

On behalf of my client, Ahmad Awadallah, we consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

Respectfully submitted,

*Murray Richman*

MURRAY RICHMAN

MR/cs

cc: AUSA Telemachus P. Kasulis
Via Fax # (212) 637-2527

APPLICATION GRANTED. CONFERENCE IS ADJOURNED TO MAY 9, 2008 AT 10:00 AM
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.