USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

LAW  OFFICES  OF

# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

May 21, 2008

VIA FASCIMILE: (212) 805-6390 *MEMO ENDORSED*

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street. Suite 2210
New York, New York 10007

RE:     **United States of American v. Ahmad Awadallah**
              08 Cr. 215 (WHIP)

Dear Judge Pauley,

As Your Honor is aware, with The Court's permission, Mr. Awadallah is currently in Israel tending to his terminally ill father. Your Honor granted our application dated May 13, 2008 to allow Mr. Awadallah to travel to Israel from May 16, 2008 through May 23, 2008.

I have been in contact with Mr. Awadallah via telephone (917-991-4955) nearly daily and he has continued to update me on the status of his father. It has come to my attention that over the weekend my client's father experienced cardiac arrest and it was only as a result of an emergency resuscitation procedure that his life was sustained. Currently all that is keeping Mr. Awadallah alive at this time is a life support machine. The doctor's have informed Mr. Awadallah that his father now suffers from high fever and internal bleeding and in their estimation, he will not survive for much more than a few days.

As a result of this new prognosis, the family has gathered bed side and is literally counting every remaining breath they have left with their father.   It is my understanding that pursuant to Israeli law, a patient may be relieved from life support only by a court order.

While Mr. Awadallah is greatly appreciative of the court's permission to allow him to travel to Israel during the period mentioned above, he is now extremely upset at the prospect of having to leave his father and family in his final days. As such, on behalf

LAW OFFICES OF
# Murray Richman

of Mr. Awadallah, we are respectfully requesting a one week extension of Mr. Awadallah's stay in Israel to allow him to stay until May 30, 2008.

Mr. Awadallah has assured me from speaking with doctors that this would be the last extension request regarding this matter. Per religious custom, Mr. Awadallah's father will be buried the day after he passes.

Thank you very much for your time and consideration of this matter.

Respectfully Submitted,

Brian Pakett, Esq.

SO ORDERED:

MAY 22, 2008

CC:    AUSA Telemachus P. Kasulis
       VIA FASCIMILE: (212) 637-2527