

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

JUL 10 2008

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

July 10, 2008

**BY FACSIMILE**

The Honorable William H. Pauley
United States District Judge
Southern District of New York      MEMO ENDORSED
500 Pearl Street, Suite 2210
New York, New York 10007

Re:   *United States of America v. Ahmad Awadallah,*
      08 Cr. 215 (WHP)

Dear Judge Pauley,

As the Court is aware, a pretrial conference is scheduled in the above-captioned case for tomorrow, July 11, 2008, at 2:00 p.m.

The parties are now making significant progress towards reaching a negotiated resolution of this matter. Accordingly, the Government requests that tomorrow's conference be adjourned until August 11 at 2:00 p.m., or any other date and time convenient to the Court.

Defense counsel has specifically consented to this request and a corresponding exclusion of time for Speedy Trial purposes in order to facilitate plea negotiations.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Telemachus P. Kasulis
Assistant United States Attorney
(212) 637-2411

cc:   Brian Pakett, Esq.

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO AUGUST 13th, 2008 AT 2:45 P.M. IN THE INTERESTS OF JUSTICE
SO ORDERED:

_____
WILLIAM H. PAULEY U.S.D.J.
7-10-08

TOTAL P.02