

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2008

**BY FACSIMILE**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2210
New York, New York 10007

**MEMO ENDORSED**

 Re:  *United States of America* v. *Ahmad Awadallah*,
      **08 Cr. 215 (WHP)**

Dear Judge Pauley,

    As the Court is aware, a pretrial conference is scheduled in the above-captioned case for Wednesday, August 13, 2008, at 2:45 p.m.

    The parties are continuing to make progress towards reaching a negotiated resolution of this matter. Accordingly, the Government requests that Wednesday's conference be adjourned for an additional 30 days, at any time convenient to the Court.

    Defense counsel has specifically consented to this request and a corresponding exclusion of time for Speedy Trial purposes in order to facilitate plea negotiations.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney
                                        Southern District of New York

                                    By: _____
                                        Telemachus P. Kasulis
                                        Assistant United States Attorney
                                        (212) 637-2411

cc:  Brian Pakett, Esq.

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO SEPTEMBER 19, 2008 AT 3:45 P.M.
SO ORDERED: IN THE INTERESTS OF JUSTICE.

WILLIAM H. PAULEY III U.S.D.J.
8-12-08

TOTAL P.02