

# LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 · Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

August 18, 2008

VIA FASCIMILE: (212) 805-6390

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street, Suite 2210
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08

MEMO ENDORSED

RE: **United States of American v. Ahmad Awadallah**
08 Cr. 215 (WHIP)

Dear Judge Pauley,

I am respectfully requesting permission on behalf of my client to allow to him to travel to Washington D.C. from August 27th through August 30th. Mr. Awadallah's daughter is set to begin her first semester at George Washington University this fall and Mr. Awadallah would like to accompany her to orientation which takes place on the above referenced dates.

I have spoken with AUSA Kasulis concerning this matter and he expressed no objection to our request.

If you have any questions pertaining to this matter, please do not hesitate to contact me directly. Thank you for your time and consideration.

Respectfully Submitted,

Murray Richman, ESQ.

bp/MR

CC: AUSA Telemachus P. Kasulis
VIA FASCIMILE: (212) 637-2527

APPLICATION GRANTED.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8-22-08